IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WARREN CLEVELAND GREEN,

    Petitioner,                    No. CIV S-06-2935 LKK EFB P

    vs.

ADAMS, Warden, et al.,

    Respondents.             ORDER

_____/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). However, the action was filed in the wrong intra-district venue.

    Petitioner challenges prison conditions at Corcoran State Prison in Kings County, which is situated in the Fresno venue of this district. Under the court's local rules of practice, this action should have been commenced in Fresno. Local Rule 3-120(d).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the Fresno venue of this district. *See* Local Rule 3-120(f).

    2. The Clerk of Court shall assign a new case number;

////

////

1       3. All future filings shall bear the new case number and shall be filed at:

2               United States District Court
                Eastern District of California
3               2500 Tulare Street
                Fresno, CA 93721
4

5   Dated: January 9, 2007.

6                                           _____
                                            EDMUND F. BRENNAN
7                                           UNITED STATES MAGISTRATE JUDGE

2